# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER HARTWELL; LYNNWAY AUTO AUCTION, INC.; SAFETY INSURANCE COMPANY; RUBEN D. ESPAILLAT as Personal Representative of the Estate of RUBEN DARIO ESPAILLAT; TAMMY L. BERIO as Personal Representative of the Estate of ELLIOTT ROWLANDS, JR.; GIOVANNI SANTIAGO; STEVEN SARKIS; KENNETH and MAUREEN VINCENT; SANDRA ORTIZ as Personal Representative of the Estate of LEEZANDRA APONTE; FLAVIO JANUARIO; BRESMIL ROBLES and FANNY RAMIREZ; MARK LEE; SHIRLEY MEZA LOPEZ as Personal Representative of the Estate of BRENDA LOPEZ; and EMELLY COLON-SANTOS and EDRIS M. SANTOS as Personal Representatives of the Estate of PANTALEON SANTOS,<br><br>    Defendants. | Civ. A. No. 1:19-cv-11176<br><br>~~PROPOSED~~ ORDER |

Motorists Commercial Mutual Insurance Company's Unopposed Motion to Dismiss Safety Insurance Company ("Safety") is GRANTED. All claims against Safety are dismissed with prejudice, and Safety is dismissed as a party. The parties shall bear their own costs and attorney fees.

Dated: November __18__, 2020

                                                                                 /s/ Denise J. Casper
                                                                                Judge Denise J. Casper